IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, | CASE NO.: 4:10-cv-03083-CW |
| Plaintiff, | **ORDER** |
| v. | |
| SPINA GENERAL CONTRACTING; CHRIS SPINA; GINA HARPEL; and MITCHELL HARPEL, | |
| Defendants. | |

Based on QUANTA SPECIALTY LINES INSURANCE COMPANY'S and SPINA

GENERAL CONTRACTING, CHRIS SPINA, GINA HARPEL, and MITCHELL HARPEL'S

Stipulation:

IT IS HEREBY ORDERED that the complaint of QUANTA SPECIALTY LINES

INSURANCE COMPANY be dismissed with prejudice with each party to bear its own costs.

Dated: __**7/7/2011**__

_____
United States Northern District Judge
Honorable Claudia Wilken

93602.doc

1

**Order**                                                                 **CASE NO.: 4:10-cv-03083-CW**